# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: NELSON, MICHAEL E. | § | Case No.  09-71092 |
| NELSON, DONNA M. | § | |
| NELSON TRAILER RENTAL & REPAIR | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court

211 South Court Street

Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 01:00 on 01/11/2012 in Courtroom 115, United States Courthouse,

211 South Court Street

Rockford IL 61101.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  12/07/2011          By:  /s/BERNARD J. NATALE
                                                    Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: NELSON, MICHAEL E. §   Case No. 09-71092
NELSON, DONNA M. §
NELSON TRAILER RENTAL & REPAIR §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $    16,823.07

*and approved disbursements of*   $      103.57

*leaving a balance on hand of* [1]   $    16,719.50

**Balance on hand:**   $    16,719.50

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | Household Finance Corporation III | 288,905.49 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $      0.00
Remaining balance:   $   16,719.50

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,432.31 | 0.00 | 2,432.31 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 7,219.75 | 0.00 | 7,219.75 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 23.85 | 0.00 | 23.85 |
| Fees, United States Trustee | 325.00 | 0.00 | 325.00 |

Total to be paid for chapter 7 administration expenses:   $   10,000.91
Remaining balance:   $    6,718.59

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $          0.00

Remaining balance: $     6,718.59

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,316.07 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12P | Illinois Department of Revenue | 0.00 | 0.00 | 0.00 |
| 15 -3 | Internal Revenue Service | 6,316.07 | 0.00 | 6,316.07 |

Total to be paid for priority claims: $     6,316.07

Remaining balance: $       402.52

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 284,974.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DeKalb Clinic Chartered | 0.00 | 0.00 | 0.00 |
| 2 | DeKalb Clinic Chartered | 0.00 | 0.00 | 0.00 |
| 3 | I-55 Trailer Service | 14,500.00 | 0.00 | 20.49 |
| 4 | Ted's Truck Body & Tailer Service | 6,075.00 | 0.00 | 8.58 |
| 5 | Capital One Bank USA NA | 2,222.78 | 0.00 | 3.14 |
| 6 | North Star  Capital Acquisitions LLC | 935.81 | 0.00 | 1.32 |
| 8 | Nelson's 24/7 LLC | 41,935.26 | 0.00 | 59.23 |
| 9 | LVNV Funding LLC | 0.00 | 0.00 | 0.00 |
| 10 | LVNV Funding LLC | 729.05 | 0.00 | 1.03 |

**UST Form 101-7-NFR (10/1/2010)**

| 11 | LVNV Funding LLC | 1,835.55 | 0.00 | 2.59 |
| 12U | Illinois Department of Revenue | 0.00 | 0.00 | 0.00 |
| 13 | Asset Acceptance LLC | 310.23 | 0.00 | 0.44 |
| 14 | Asset Acceptance LLC | 7,587.24 | 0.00 | 10.72 |
| 16 | Arrow Uniform | 2,510.77 | 0.00 | 3.55 |
| 17 | Palisades Collections LLC | 0.00 | 0.00 | 0.00 |
| 18 | LVNV Funding LLC | 1,637.48 | 0.00 | 2.31 |
| 19 | DeKalb Clinic Chartered | 569.56 | 0.00 | 0.80 |
| 20 | DeKalb Clinic Chartered | 493.01 | 0.00 | 0.70 |
| 21 | Valley Ambulatory Surgery Center | 1,182.50 | 0.00 | 1.67 |
| 23 | American Infosource Lp As Agent for | 257.51 | 0.00 | 0.36 |
| 24 | Rockford Mercantile Agency Inc | 8,813.31 | 0.00 | 12.45 |
| 25 | William C. Holzrichter Trust | 193,379.73 | 0.00 | 273.14 |

Total to be paid for timely general unsecured claims: $ 402.52

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** _____ 0.00

Remaining balance: **$** _____ 0.00

Prepared By:  /s/BERNARD J. NATALE _____

Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-71092-MB
Michael E. Nelson                                                   Chapter 7
Donna M. Nelson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-3              User: lorsmith           Page 1 of 4                    Date Rcvd: Dec 20, 2011
                                 Form ID: pdf006          Total Noticed: 68


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2011.
```
db/jdb     +Michael E. Nelson,    Donna M. Nelson,    P.O. Box 305,    Winnebago, IL 61088-0305
13681413   +Allied Interstate/Norwest,    50-62 N. 19th Ave.,    Phoenix, AZ 85015-3225
13681414   +Arror Uniform/Taylor C,    6400 MOnroe Blvd.,    Taylor, MI 48180-1899
14443571   +Arrow Uniform,    c/o RMS Bankruptcy Recovery Services,    POB 5126,    Timonium MD 21094-5126
13681415   +Beneficial,    P.O. Box 9618,    Virginia Beach, VA 23450-9618
13681416   +Beneficial,    c/o Shindler Law,    1990 E. Algonquin Road Ste 180,    Schaumburg, IL 60173-4164
13988938   +Beneficial Illinois Inc,    d/b/a Beneficial Mortgage of IL,    6560 Greenwood Plaza Blvd Suite 100,
            Englewood CO 80111-4990
13754730   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court: CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),
            PO BOX 5155,    NORCROSS, GA  30091)
13681417   +Calvary SPV I, LLC/MBNA,    c/o Blitt & Gaines,    318 W. Adams St. Ste 1600,
            Chicago, IL 60606-5100
13681418   +Capital One Bank/Visa,    c/oBlatt,Hasenmiller,Leibsker&Moore,    125 South Wacker Dr. Ste 400,
            Chicago, IL 60606-4440
13681419   +Capital One/K-Mart,    c/o Merchants Credit Guide Co.,    223 W. Jackson Blvd.,
            Chicago, IL 60606-6908
13681421   +Citi Corp.,    c/o LVNV Funding,    726 Exchange St. Suite 700,    Buffalo, NY 14210-1464
13681423   +Country Gas Company,    P.O. Box 269,    Wasco, IL 60183-0269
13681426   ++DEKALB CLINIC CHARTERED,    1850 GATEWAY DR,    SYCAMORE IL 60178-3192
            (address filed with court: DeKalb Clinic Chartered,    217 Franklin Street,    Dekalb, IL 60115)
15699925    DeKalb Clinic Chartered,    Attn: Patient Accts,    1850 Gateway Drive,    Sycamore IL 60178-3192
13681427   +Delnor Community Hospital,    300 Randall Road,    Geneva, IL 60134-4202
13681428   +Direct Merchants Credit,    Cramer Financial Group, Inc.,    P.O. Box 13278,
            Arlington, TX 76094-0278
13681429   +Discover,    c/o LVNV Funding,    726 Exchange St. Suite 700,    Buffalo, NY 14210-1464
13681431   +GEMoney/JC Penney,    c/o NCC,    120 N. Keyser Ave.,    Scranton, PA 18504-9701
13681432   +Grainco FS, Inc.,    4000 N. Division Street,    Morris, IL 60450-9537
13681433   +Household Bank/Venture/LVNV Funding,    c/o True Logic Finanical Corp.,    P.O. Box 4387,
            Englewood CO 80155-4387
13681434   +Household Finance,    618 S. Route 59,    Naper WEst Plaza Suite 122A,    Naperville, IL 60540-6100
13773829   +Household Finance Corporation III,    POB 21188,    Eagan, MN 55121-0188
13681435   +I-55 Trailer Service,    4601 South Tripp Ave.,    Chicago, IL 60632-4418
14024517   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
            (address filed with court: Illinois Department of Revenue,    Bankruptcy Unit,
            100 W. Randolph St. #7-400,    Chicago, IL 60601)
14087658   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
            PHILADELPHIA PA 19101-7346
            (address filed with court: Internal Revenue Service,    P O Box 21126,    Philadelphia PA 19114)
13681436   +Ilinois Department of Revenue,    P.O. Box 19015,    Springfield, IL 62794-9015
13681438   +Integrative Medicine Pain Consult.,    P.O. Box 1547,    Sedalia, MO 65302-1547
13681439   +J George Handley MD,    P.O. Box 4587,    Wheaton, IL 60189-4587
13681440   +Kishwaukee College,    21193 Malta Road,    Malta, IL 60150-9699
13681442   +LVNV Funding,    c/o Weltman, Weinberg & Reis,    P.O. Box 93596,    Cleveland, OH 44101-5596
13681443   +Marine Midland,    c/o CAMCO,    P.O. Box 5247,    Rockford, IL 61125-0247
13681444   +Midwest Neurology,    1601 N. Bond Street,    Suite 209,    Naperville, IL 60563-0115
13681445   +Montgomery Ward/Wal-Mart,    c/o Van Ru Corp.,    8550 Ulmerton Rd. Ste 225,    Largo, FL 33771-5351
13759807   +NORTH STAR CAPITAL ACQUISITIONS LLC,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
            SAINT CLOUD MN 56302-7999
13681447   +Nelson 24/7, An Illinois Corp.,    566 West Lake Street,    Chicago, IL 60661-1410
13968888   +Nelson's 24/7 LLC,    c/o Murray Sprung, Levinson, Simon and S,    566 w. Lake Street,
            Chicago, IL 60661-1410
15828407   +Office of the United States Trustee,    780 Regent Street, Suite 304,    Madison, WI 53715-2635
13681450   +PNC Bank,    Cramer Financial Group, Inc.,    P.O. Box 13278,    Arlington, TX 76094-0278
13681451   +Premier Trailer Leasing Inc.,    3600 William D. Tate Ave.,    Suite 300,
            Grapevine, TX 76051-8722
13681452   +Provdial National Bank,    P.O. Box 5249,    Pleasanton, CA 94566-0249
13681453   +Providian/Chase,    c/o Portfolio Recovery Associates,    P.O. Box 12914,    Norfolk, VA 23541-0914
13681454   +Reddy Medical Associates, LTD,    P.O. Box 2184,    Indianapolis, IN 46206-2184
13681455   +RentAll Semi Trailers,    6N139 Route 25,    Saint Charles, IL 60174-5617
13681456   +Retailer National Bank/Target,    c/o Island National Group, LLC,    P.O. Box 18009,
            Hauppauge, NY 11788-8809
13681457   +Rockford Health Physicians,    Dept. CH 10862,    Palatine, IL 60055-0001
13681458   +Rockford Memorial Hospital,    2400 N. Rocton Ave.,    Rockford, IL 61103-3681
15968603   +Rockford Mercantile Agency Inc,    2502 South Alpine Road,    Rockford Illinois 61108-7813
13681459   +Rockford Radiology Assoc.,    P.O. Box 5368,    Rockford, IL 61125-0368
13681460   +Smith & Tucker,    1958 Aberdeen Court Ste 1,    Sycamore, IL 60178-3175
13681461   +Ted's Truck Body & Tailer Service,    4601 South Tripp Ave.,    Chicago, IL 60632-4418
13681462   +The Daily Chronicle,    P.O. Box 587,    Dekalb, IL 60115-0587
13681465   +VASC Anesthesia,    2320 Dean Street Suite 202,    Saint Charles, IL 60175-1068
13681464   +Valley Ambulatory Surgery Center,    2210 Dean Street,    Saint Charles, IL 60175-1066
```

District/off: 0752-3          User: lorsmith          Page 2 of 4          Date Rcvd: Dec 20, 2011
                             Form ID: pdf006          Total Noticed: 68

13681467    ++WACHOVIA BANK NA,   PO BOX 13765,   ROANOKE VA 24037-3765
            (address filed with court: Wachovia,   c/o Receivables Specialist, Inc.,   P.O. Box 26570,
            Tamarac, FL 33320)
13681468    +William C. Holzrichter Trust,   42W438 Stillmeadows Lane,   Elburn, IL 60119-9507
13681430    eCast/Wolpoff & Abramson, LLP,   702 King Farm Blvd.,   Two Irvington Centre,
            Rockville, MD 20850

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15948173    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 21 2011 05:53:11
            American Infosource Lp As Agent for,   Asta-Vativ,   PO Box 248838,
            Oklahoma City, OK  73124-8838
14091962    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 21 2011 04:18:24    Asset Acceptance LLC,
            assignee Wachovia,   POB 2036,   Warren MI 48090-2036
14088222    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 21 2011 04:18:24    Asset Acceptance LLC,
            Assignee Nicor Gas Co-Loantrade,   Po Box 2036,   Warren MI 48090-2036
13681420    +E-mail/Text: brenden.magnino@mcmcg.com Dec 21 2011 04:18:33    Citi Bank/Shell Fleet Card,
            c/o Midland Credit Management,   Department 8870,   Los Angeles, CA 90084-0001
13681424    +E-mail/Text: rjm@ebn.phinsolutions.com Dec 21 2011 04:18:23    Credit Card Services Mastercard,
            c/o RJM Acquistions Funding, LLC,   575 Underhill Blvd. Ste 224,   Syosset, NY 11791-3416
14087658    E-mail/Text: cio.bncmail@irs.gov Dec 21 2011 04:15:53    Internal Revenue Service,
            P O Box 21126,   Philadelphia PA 19114
13681441    +E-mail/Text: dfrancisco@kishhospital.org Dec 21 2011 05:24:30    Kishwaukee Community Hospital,
            626 Bethany Road,   P.O. Box 846,   DeKalb, IL 60115-0846
14006638    E-mail/Text: resurgentbknotifications@resurgent.com Dec 21 2011 04:17:03    LVNV Funding LLC,
            Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13681446    +E-mail/Text: cms-bk@cms-collect.com Dec 21 2011 05:07:06    NCO Financial,
            c/o Capital Management Serv.,   726 Exchange Street Ste 700,   Buffalo, NY 14210-1464
13681448    +E-mail/Text: bankrup@nicor.com Dec 21 2011 04:17:16    Nicor Gas,   P.O. Box 2020,
            Aurora, IL 60507-2020
14502169    +E-mail/Text: ebn@vativrecovery.com Dec 21 2011 05:06:30    Palisades Collections LLC,
            Vativ Recovery Solutions, LLC,   c/o Palisades Collections LLC,   PO Box 19249,
            Sugar Land, TX 77496-9249
13681466    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 21 2011 04:18:24    Wachovia,
            c/o Asset Acceptance LLC,   P.O. Box 2036,   Warren, MI 48090-2036
                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13681463    US Treasury
13681425*   ++DEKALB CLINIC CHARTERED,   1850 GATEWAY DR,   SYCAMORE IL 60178-3192
            (address filed with court: DeKalb Clinic Chartered,   Attn: Patient Accounts,
            217 Franklin Street,   Dekalb, IL 60115)
13681437*   ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
            (address filed with court: Illinois Dept. of Revenue,   P.O. Box 19043,   Springfield, IL 62794)
13681449*   +Nicor Gas,   P.O. Box 2020,   Aurora, IL 60507-2020
13681422    ##+Consultants in Diagnostic Imaging,   P.O. Box 865,   Dekalb, IL 60115-0865
                                                                      TOTALS: 1, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: lorsmith         Page 3 of 4           Date Rcvd: Dec 20, 2011
                              Form ID: pdf006        Total Noticed: 68
```

```
        ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2011**                    **Signature:**    _Joseph Speetjens_

District/off: 0752-3          User: lorsmith             Page 4 of 4             Date Rcvd: Dec 20, 2011
                             Form ID: pdf006            Total Noticed: 68

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2011 at the address(es) listed below:
          Bernard J Natale   on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
          Bernard J Natale   natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
          Brent D Blair   on behalf of Debtor Michael Nelson mbrlawoffice@sbcglobal.net
          Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
          Scott E Hillison   on behalf of Trustee Bernard Natale mmagnuson@bjnatalelaw.com
          Steven C Lindberg   on behalf of Creditor  Household Finance Corporation III bankruptcy@fallaw.com
                                                                              TOTAL: 6