# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:** 09-71092　　　　　　　　　　Page: 1　　　　　　　　**Date:** January 11, 2012
**Debtor Name:** NELSON, MICHAEL E.　　　　　　　　　　　　　　　　**Time:** 02:39:29 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---:|---:|---:|---:|---:|
|  | Funds on Hand |  |  |  |  |  | $16,719.68 |
| 22 | Office of the United States Trustee | Admin Ch. 7 | 325.00 | 0.00 | 325.00 | 325.00 | 16,394.68 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 23.85 | 0.00 | 23.85 | 23.85 | 16,370.83 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 7,219.75 | 0.00 | 7,219.75 | 7,219.75 | 9,151.08 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 2,432.31 | 0.00 | 2,432.31 | 2,432.31 | 6,718.77 |
|  | SUBTOTAL FOR | ADMIN CH. 7 | 10,000.91 | 0.00 | 10,000.91 | 10,000.91 |  |
| 12P | Illinois Department of Revenue | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 6,718.77 |
| 15 -3 | Internal Revenue Service | Priority | 6,316.07 | 0.00 | 6,316.07 | 6,316.07 | 402.70 |
|  | SUBTOTAL FOR | PRIORITY | 6,316.07 | 0.00 | 6,316.07 | 6,316.07 |  |
| 7 | Household Finance Corporation III | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 402.70 |
|  | SUBTOTAL FOR | SECURED | 0.00 | 0.00 | 0.00 | 0.00 |  |
| 1 | DeKalb Clinic Chartered | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 402.70 |
| 2 | DeKalb Clinic Chartered | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 402.70 |
| 3 | I-55 Trailer Service | Unsecured | 14,500.00 | 0.00 | 14,500.00 | 20.50 | 382.20 |
| 4 | Ted's Truck Body & Tailer Service | Unsecured | 6,075.00 | 0.00 | 6,075.00 | 8.59 | 373.61 |
| 5 | Capital One Bank USA NA | Unsecured | 2,222.78 | 0.00 | 2,222.78 | 3.14 | 370.47 |
| 6 | North Star Capital Acquisitions LLC | Unsecured | 935.81 | 0.00 | 935.81 | 1.32 | 369.15 |
| 8 | Nelson's 24/7 LLC | Unsecured | 41,935.26 | 0.00 | 41,935.26 | 59.26 | 309.89 |
| 9 | LVNV Funding LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 309.89 |
| 10 | LVNV Funding LLC | Unsecured | 729.05 | 0.00 | 729.05 | 1.03 | 308.86 |
| 11 | LVNV Funding LLC | Unsecured | 1,835.55 | 0.00 | 1,835.55 | 2.59 | 306.27 |
| 12U | Illinois Department of Revenue | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 306.27 |
| 13 | Asset Acceptance LLC | Unsecured | 310.23 | 0.00 | 310.23 | 0.44 | 305.83 |
| 14 | Asset Acceptance LLC | Unsecured | 7,587.24 | 0.00 | 7,587.24 | 10.72 | 295.11 |
| 16 | Arrow Uniform | Unsecured | 2,510.77 | 0.00 | 2,510.77 | 3.55 | 291.56 |
| 17 | Palisades Collections LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 291.56 |
| 18 | LVNV Funding LLC | Unsecured | 1,637.48 | 0.00 | 1,637.48 | 2.31 | 289.25 |
| 19 | DeKalb Clinic Chartered | Unsecured | 569.56 | 0.00 | 569.56 | 0.80 | 288.45 |
| 20 | DeKalb Clinic Chartered | Unsecured | 493.01 | 0.00 | 493.01 | 0.70 | 287.75 |
| 21 | Valley Ambulatory Surgery Center | Unsecured | 1,182.50 | 0.00 | 1,182.50 | 1.67 | 286.08 |
| 23 | American Infosource Lp As Agent for | Unsecured | 257.51 | 0.00 | 257.51 | 0.36 | 285.72 |
| 24 | Rockford Mercantile Agency Inc | Unsecured | 8,813.31 | 0.00 | 8,813.31 | 12.45 | 273.27 |
| 25 | William C. Holzrichter Trust | Unsecured | 193,379.73 | 0.00 | 193,379.73 | 273.27 | 0.00 |
|  | SUBTOTAL FOR | UNSECURED | 284,974.79 | 0.00 | 284,974.79 | 402.70 |  |

# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:** 09-71092　　　　　　　　　　Page: 2　　　　　　　　　　**Date:** January 11, 2012
**Debtor Name:** NELSON, MICHAEL E.　　　　　　　　　　　　　　　　　　**Time:** 02:39:29 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| **<< Totals >>** | | | 301,291.77 | 0.00 | 301,291.77 | 16,719.68 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

| | |
|---|---|
| **Administrative-Ch7** | 100.000000% |
| **Priority** | 100.000000% |
| **Secured** | 0.000000% |
| **Unsecured** | 0.141311% |