**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: NELSON, MICHAEL E. | § Case No. 09-71092 |
| NELSON, DONNA M. | § |
| NELSON TRAILER RENTAL & REPAIR | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

  BERNARD J. NATALE, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $334,282.97 | Assets Exempt: $30,000.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $6,718.77 | Claims Discharged Without Payment: $356,282.09 |
| Total Expenses of Administration: $10,104.48 | |

   3)  Total gross receipts of $    16,823.25    (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of $16,823.25
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $287,625.00 | $288,905.49 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,104.48 | 10,104.48 | 10,104.48 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 63,979.66 | 6,316.07 | 6,316.07 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 311,950.00 | 296,738.11 | 284,974.79 | 402.70 |
| **TOTAL DISBURSEMENTS** | $599,575.00 | $659,727.74 | $301,395.34 | $16,823.25 |

    4) This case was originally filed under Chapter 7 on March 23, 2009. The case was pending for 35 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/23/2012          By: /s/BERNARD J. NATALE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vehicles(85 Freightliner, 85 Kenworth, 91 Townca | 1129-000 | 5,500.00 |
| TAX REFUNDS | 1224-000 | 7,321.00 |
| Claim in One Source Recycling Bankruptcy | 1121-000 | 4,000.00 |
| Interest Income | 1270-000 | 2.25 |
| **TOTAL GROSS RECEIPTS** | | **$16,823.25** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Household Finance Corporation III | 4110-000 | 287,625.00 | 288,905.49 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$287,625.00** | **$288,905.49** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Office of the United States Trustee | 2950-000 | N/A | 325.00 | 325.00 | 325.00 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 23.85 | 23.85 | 23.85 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 7,219.75 | 7,219.75 | 7,219.75 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,432.31 | 2,432.31 | 2,432.31 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 12.12 | 12.12 | 12.12 |
| The Bank of New York Mellon | 2600-000 | N/A | 24.57 | 24.57 | 24.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.34 | 33.34 | 33.34 |
| The Bank of New York Mellon | 2600-000 | N/A | -0.88 | -0.88 | -0.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.42 | 34.42 | 34.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 10,104.48 | 10,104.48 | 10,104.48 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12P | Illinois Department of Revenue | 5800-000 | unknown | 57,663.59 | 0.00 | 0.00 |
| 15 -3 | Internal Revenue Service | 5800-000 | unknown | 6,316.07 | 6,316.07 | 6,316.07 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 63,979.66 | 6,316.07 | 6,316.07 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DeKalb Clinic Chartered | 7100-000 | N/A | 493.01 | 0.00 | 0.00 |
| 2 | DeKalb Clinic Chartered | 7100-000 | N/A | 569.56 | 0.00 | 0.00 |
| 3 | I-55 Trailer Service | 7100-000 | 11,800.00 | 14,500.00 | 14,500.00 | 20.50 |
| 4 | Ted's Truck Body & Tailer Service | 7100-000 | N/A | 6,075.00 | 6,075.00 | 8.59 |
| 5 | Capital One Bank USA NA | 7100-000 | N/A | 2,222.78 | 2,222.78 | 3.14 |
| 6 | North Star Capital Acquisitions LLC | 7100-000 | N/A | 935.81 | 935.81 | 1.32 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Nelson's 24/7 LLC | 7100-000 | 220,000.00 | 41,935.26 | 41,935.26 | 59.26 |
| 9 | LVNV Funding LLC | 7100-000 | N/A | 1,637.48 | 0.00 | 0.00 |
| 10 | LVNV Funding LLC | 7100-000 | 1,450.00 | 729.05 | 729.05 | 1.03 |
| 11 | LVNV Funding LLC | 7100-000 | 1,800.00 | 1,835.55 | 1,835.55 | 2.59 |
| 12U | Illinois Department of Revenue | 7100-000 | unknown | 6,977.71 | 0.00 | 0.00 |
| 13 | Asset Acceptance LLC | 7100-000 | N/A | 310.23 | 310.23 | 0.44 |
| 14 | Asset Acceptance LLC | 7100-000 | N/A | 7,587.24 | 7,587.24 | 10.72 |
| 16 | Arrow Uniform | 7100-000 | 2,220.00 | 2,510.77 | 2,510.77 | 3.55 |
| 17 | Palisades Collections LLC | 7100-000 | N/A | 2,085.56 | 0.00 | 0.00 |
| 18 | LVNV Funding LLC | 7100-000 | 1,630.00 | 1,637.48 | 1,637.48 | 2.31 |
| 19 | DeKalb Clinic Chartered | 7100-000 | 570.00 | 569.56 | 569.56 | 0.80 |
| 20 | DeKalb Clinic Chartered | 7100-000 | 500.00 | 493.01 | 493.01 | 0.70 |
| 21 | Valley Ambulatory Surgery Center | 7100-000 | N/A | 1,182.50 | 1,182.50 | 1.67 |
| 23 | American Infosource Lp As Agent for | 7100-000 | 270.00 | 257.51 | 257.51 | 0.36 |
| 24 | Rockford Mercantile Agency Inc | 7100-000 | N/A | 8,813.31 | 8,813.31 | 12.45 |
| 25 | William C. Holzrichter Trust | 7100-000 | N/A | 193,379.73 | 193,379.73 | 273.27 |
| NOTFILED | Capital One/K-Mart c/o Merchants Credit Guide Co. | 7100-000 | 935.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Bank/Shell Fleet Card c/o Midland Credit | 7100-000 | 7,120.00 | N/A | N/A | 0.00 |
| NOTFILED | Marine Midland c/o CAMCO | 7100-000 | 2,270.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank/Visa c/oBlatt,Hasenmiller,Leibske | 7100-000 | 1,670.00 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial c/o Shindler Law | 7100-000 | 6,520.00 | N/A | N/A | 0.00 |
| NOTFILED | Calvary SPV I, LLC/MBNA c/o Blitt & Gaines | 7100-000 | 5,250.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial c/o Capital Management Serv. | 7100-000 | 4,020.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Neurology | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Montgomery Ward/Wal-Mart c/o Van Ru Corp. | 7100-000 | 1,970.00 | N/A | N/A | 0.00 |
| NOTFILED | Consultants in Diagnostic Imaging | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Card Services Mastercard c/o RJM | 7100-000 | 3,240.00 | N/A | N/A | 0.00 |
| NOTFILED | Country Gas Company | 7100-000 | 475.00 | N/A | N/A | 0.00 |
| NOTFILED | Household Bank/Venture/LVNV Funding | 7100-000 | 680.00 | N/A | N/A | 0.00 |
| NOTFILED | J George Handley MD | 7100-000 | 2,280.00 | N/A | N/A | 0.00 |
| NOTFILED | Integrative Medicine Pain Consult. | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Community Hospital | 7100-000 | 6,060.00 | N/A | N/A | 0.00 |
| NOTFILED | eCast/Wolpoff & Abramson, LLP | 7100-000 | 6,120.00 | N/A | N/A | 0.00 |
| NOTFILED | Grainco FS, Inc. | 7100-000 | 1,220.00 | N/A | N/A | 0.00 |
| NOTFILED | Delnor Community Hospital | 7100-000 | 130.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Beneficial | 7100-000 | 3,650.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Direct Merchants Credit Cramer Financial Group, Inc. | 7100-000 | 12,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee College | 7100-000 | 90.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Interstate/Norwest | 7100-000 | 4,660.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 311,950.00 | 296,738.11 | 284,974.79 | 402.70 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-71092  **Trustee:** (330370) BERNARD J. NATALE
**Case Name:** NELSON, MICHAEL E.  **Filed (f) or Converted (c):** 04/07/10 (c)
NELSON, DONNA M.  **§341(a) Meeting Date:** 05/24/10
**Period Ending:** 02/20/12  **Claims Bar Date:** 09/02/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   single family residence | 310,000.00 | 0.00 | DA | 0.00 | FA |
| 2   Vehicles(85 Freightliner, 85 Kenworth, 91 Townca | 5,621.00 | 5,500.00 | DA | 5,500.00 | FA |
| 3   TAX REFUNDS  (u) | 7,321.00 | 7,321.00 | DA | 7,321.00 | FA |
| 4   Claim in One Source Recycling Bankruptcy | 0.00 | 3,700.00 | DA | 4,000.00 | FA |
| 5   Old Second Bank  US Bank  Atlanta Postal C U Etc (u) | 8,578.43 | 0.00 | DA | 0.00 | FA |
| 6   Chairs, Tables & Appliances  (u) | 1,000.00 | 150.00 | DA | 0.00 | FA |
| 7   Clothes  (u) | 300.00 | 300.00 | DA | 0.00 | FA |
| 8   Federal Thrift Savings Plan  (u) | 422.54 | 422.54 | DA | 0.00 | FA |
| 9   New Farm Distibuting (Oil Sales)  (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| 10  Chairs, Desk & Laptop  (u) | 540.00 | 90.00 | DA | 0.00 | FA |
| 11  Inventory  (u) | 500.00 | 500.00 | DA | 0.00 | FA |
| Int  INTEREST  (u) | Unknown | N/A | | 2.25 | FA |
| 12  Assets  Totals (Excluding unknown values) | **$334,282.97** | **$17,983.54** | | **$16,823.25** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL REPORT FILED.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2016   **Current Projected Date Of Final Report (TFR):**   December 7, 2011  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-71092  
**Case Name:** NELSON, MICHAEL E.  
NELSON, DONNA M.  
**Taxpayer ID #:** **-***8470  
**Period Ending:** 02/20/12  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******70-65 - Money Market Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/12/10 | {2} | Cimco Recycling | | 1129-000 | 5,500.00 | | 5,500.00 |
| 08/12/10 | {3} | United States Treasury | | 1224-000 | 7,321.00 | | 12,821.00 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.46 | | 12,821.46 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,821.56 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,821.66 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,821.76 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,821.86 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,821.96 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,822.05 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,822.15 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,822.25 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,822.35 |
| 06/02/11 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2011 FOR CASE #09-71092, BOND #016018067 | 2300-000 | | 12.12 | 12,810.23 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,810.33 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,810.43 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 24.57 | 12,785.86 |
| 08/16/11 | {4} | One Source Recycling, Inc. | Pymt of Account Receivable | 1121-000 | 4,000.00 | | 16,785.86 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 16,785.98 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.34 | 16,752.64 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.88 | 16,753.52 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,753.65 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.42 | 16,719.23 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,719.37 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,719.50 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,719.64 |
| 01/11/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 16,719.68 |
| 01/11/12 | | To Account #9200******7066 | Transfer for Final Distribution | 9999-000 | | 16,719.68 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | **ACCOUNT TOTALS** | 16,823.25 | 16,823.25 | $0.00 |
| | Less: Bank Transfers | 0.00 | 16,719.68 | |
| | **Subtotal** | 16,823.25 | 103.57 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$16,823.25** | **$103.57** | |

{} Asset reference(s)                                                                             Printed: 02/20/2012 12:31 PM    V.12.57

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 09-71092  
**Case Name:** NELSON, MICHAEL E.  
NELSON, DONNA M.  
**Taxpayer ID #:** **-***8470  
**Period Ending:** 02/20/12

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******70-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/12 | | From Account #9200******7065 | Transfer for Final Distribution | 9999-000 | 16,719.68 | | 16,719.68 |
| 01/12/12 | 101 | Office of the United States Trustee | Dividend paid 100.00% on $325.00, U.S. Trustee Quarterly Fees; Reference: 1092 | 2950-000 | | 325.00 | 16,394.68 |
| 01/12/12 | 102 | BERNARD J. NATALE | Dividend paid 100.00% on $2,432.31, Trustee Compensation; Reference: | 2100-000 | | 2,432.31 | 13,962.37 |
| 01/12/12 | 103 | Internal Revenue Service | Distribution paid 100.00% on $6,316.07; Claim# 15 -3; Filed: $6,316.07; Reference: XXXX-XX-5421 | 5800-000 | | 6,316.07 | 7,646.30 |
| 01/12/12 | 104 | I-55 Trailer Service | Distribution paid 0.14% on $14,500.00; Claim# 3; Filed: $14,500.00; Reference: LEASE | 7100-000 | | 20.50 | 7,625.80 |
| 01/12/12 | 105 | Ted's Truck Body & Tailer Service | Distribution paid 0.14% on $6,075.00; Claim# 4; Filed: $6,075.00; Reference: 93403, 92807, 92843 | 7100-000 | | 8.59 | 7,617.21 |
| 01/12/12 | 106 | Nelson's 24/7 LLC | Distribution paid 0.14% on $41,935.26; Claim# 8; Filed: $41,935.26; Reference: 8146 | 7100-000 | | 59.26 | 7,557.95 |
| 01/12/12 | 107 | Asset Acceptance LLC | Distribution paid 0.14% on $7,587.24; Claim# 14; Filed: $7,587.24; Reference: 8400 | 7100-000 | | 10.72 | 7,547.23 |
| 01/12/12 | 108 | Rockford Mercantile Agency Inc | Distribution paid 0.14% on $8,813.31; Claim# 24; Filed: $8,813.31; Reference: 7752 | 7100-000 | | 12.45 | 7,534.78 |
| 01/12/12 | 109 | William C. Holzrichter Trust | Distribution paid 0.14% on $193,379.73; Claim# 25; Filed: $193,379.73; Reference: | 7100-000 | | 273.27 | 7,261.51 |
| 01/12/12 | 110 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 11.98 | 7,249.53 |
| | | | Dividend paid 0.14% on 3.14 $2,222.78; Claim# 5; Filed: $2,222.78; Reference: 1505 | 7100-000 | | | 7,249.53 |
| | | | Dividend paid 0.14% on 1.32 $935.81; Claim# 6; Filed: $935.81; Reference: 2702573742 | 7100-000 | | | 7,249.53 |
| | | | Dividend paid 0.14% on 0.44 $310.23; Claim# 13; Filed: $310.23; Reference: 0102 | 7100-000 | | | 7,249.53 |
| | | | Dividend paid 0.14% on 3.55 $2,510.77; Claim# 16; Filed: $2,510.77 | 7100-000 | | | 7,249.53 |
| | | | Dividend paid 0.14% on 0.80 $569.56; Claim# 19; | 7100-000 | | | 7,249.53 |
| | | | Subtotals : | | $16,719.68 | $9,470.15 | |

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 09-71092 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | NELSON, MICHAEL E. | | **Bank Name:** | The Bank of New York Mellon |
| | NELSON, DONNA M. | | **Account:** | 9200-******70-66 - Checking Account |
| **Taxpayer ID #:** | **-***8470 | | **Blanket Bond:** | $606,000.00 (per case limit) |
| **Period Ending:** | 02/20/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $569.56; Reference: 5421 | | | | |
| | | | Dividend paid 0.14% on 0.70 $493.01; Claim# 20; Filed: $493.01; Reference: 3423 | 7100-000 | | | 7,249.53 |
| | | | Dividend paid 0.14% on 1.67 $1,182.50; Claim# 21; Filed: $1,182.50; Reference: 36056 | 7100-000 | | | 7,249.53 |
| | | | Dividend paid 0.14% on 0.36 $257.51; Claim# 23; Filed: $257.51; Reference: 5912 | 7100-000 | | | 7,249.53 |
| 01/12/12 | 111 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 7,243.60 | 5.93 |
| | | | Dividend paid 100.00% 7,219.75 on $7,219.75; Claim# ATTY; Filed: $7,219.75 | 3110-000 | | | 5.93 |
| | | | Dividend paid 100.00% 23.85 on $23.85; Claim# EXP; Filed: $23.85 | 3120-000 | | | 5.93 |
| 01/12/12 | 112 | LVNV Funding LLC | Combined Check for Claims#10,11,18 | | | 5.93 | 0.00 |
| | | | Dividend paid 0.14% on 1.03 $729.05; Claim# 10; Filed: $729.05; Reference: 0314 | 7100-000 | | | 0.00 |
| | | | Dividend paid 0.14% on 2.59 $1,835.55; Claim# 11; Filed: $1,835.55; Reference: 9193 | 7100-000 | | | 0.00 |
| | | | Dividend paid 0.14% on 2.31 $1,637.48; Claim# 18; Filed: $1,637.48; Reference: 3423 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 16,719.68 | 16,719.68 | $0.00 |
| | | | Less: Bank Transfers | | 16,719.68 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 16,719.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$16,719.68** | |

{} Asset reference(s)

Printed: 02/20/2012 12:31 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-71092
**Case Name:** NELSON, MICHAEL E.
NELSON, DONNA M.
**Taxpayer ID #:** **-***8470
**Period Ending:** 02/20/12

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******70-66 - Checking Account
**Blanket Bond:** $606,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******70-65 | 16,823.25 | 103.57 | 0.00 |
| Checking # 9200-******70-66 | 0.00 | 16,719.68 | 0.00 |
| | $16,823.25 | $16,823.25 | $0.00 |